■ LAMAR EXPLORATION CORP., Respondent, v TERRY MASTERSON, Appellant.—Order unanimously affirmed without costs. Memorandum: Defendant contends that Supreme Court erred in denying his motion for summary judgment dismissing plaintiff's complaint. The language in articles 2 and 3 of the parties' agreement is susceptible to two reasonable interpretations and, therefore, is ambiguous *(see, Super Glue Corp. v Avis Rent A Car Sys.,* 159 AD2d 68, 72, *lv denied* 77 NY2d 801). Because plaintiff submitted extrinsic proof to resolve that ambiguity, a question of fact was presented for the jury's determination and summary judgment was properly denied *(see, Mallad Constr. Corp. v County Fed. Sav. & Loan Assn.,* 32 NY2d 285, 291; *Allied Clove Lakes Co. v Demisay,* 74 AD2d 466, 468-470). Additionally, there exist questions of fact precluding the granting of summary judgment on defendant's counterclaim. (Appeal from Order of Supreme Court, Erie County, Francis, J.—Summary Judgment.) Present—Callahan, J. P., Boomer, Lawton and Davis, JJ.